

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

This is an appeal in a habeas proceeding. The court reporters responsible for preparing the reporter's record in this appeal have both filed notifications stating that there is no reporter's record in this proceeding. As the clerk's record has been filed and there is no reporter's record, we ORDER appellant to file his appellant's brief on or before **June 1, 2015**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court